IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GALDERMA LABORATORIES, L.P., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:06-CV-1176-N |
| ACTAVIS MID-ATLANTIC, L.L.C., | § § | |
| Defendant. | § § | |

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

On this day, the Court considered GALDERMA LABORATORIES, L.P. and GALDERMA S.A.'s Motion to Dismiss Without Prejudice ("Motion"). The Court finds that the Motion is well-founded and should be GRANTED.

Therefore, it is ORDERED that this suit is hereby dismissed without prejudice to the refiling of same.

Signed July 12, 2006.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE